UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MAC MCNEILL & ASSOC., INC. | ) | Case No. 05-48999-SPS |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Trustee's Final Report**

To:   The Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.      The Petition commencing this case was filed on October 11, 2005. Joseph A. Baldi was appointed Trustee on the October 11, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the trustee's final account as of February 16, 2009 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $63,033.12 |
| b. | DISBURSEMENTS (See Exhibit C) | | $11,167.46 |
| c. | NET CASH available for distribution | | $51,865.66 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested | $2,181.23 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | |

| | | |
|---|---|---|
| (a.) | Popowcer Katten, Ltd<br>*Accountant for Trustee*<br>*Fees (Other Firm)* | $2,494.00 |
| (b.) | Joseph A. Baldi &<br>Associates, P.C.<br>*Attorney for Trustee Fees*<br>*(Trustee Firm)* | $13,201.00 |
| (c.) | Joseph A. Baldi &<br>Associates, P.C.<br>*Attorney for Trustee*<br>*Expenses (Trustee Firm)* | $250.00 |

5.    The Bar Date for filing unsecured claims expired on March 20, 2006.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims<br>and 28 U.S.C. §1930 claims | $29,201.16 |
| c. | Allowed Chapter 11 administrative<br>claims | $0.00 |
| d. | Allowed priority claims | $40,310.86 |
| e. | Allowed unsecured claims | $201,595.08 |

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $4,220.43 | $2,181.23 | $0.00 |
| POPOWCER KATTEN, LTD<br>*Accountant for Trustee* | $0.00 | $2,494.00 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $6,854.50 | $13,201.00 | $250.00 |

9.      A fee of $3,209.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: __February 18, 2009_____        /s/Joseph A. Baldi, Trustee_____
                                            Joseph A. Baldi, Trustee
                                            Suite 1500
                                            19 South LaSalle Street
                                            Chicago, IL  60603

Mac McNeill & Associates, Inc.
**Case No. 05-48999**

**Tasks Completed by Trustee**

**Exhibit A**

## TASKS PERFORMED BY TRUSTEE

Trustee reviewed and analyzed the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs. Trustee examined the debtor's principals pursuant to 11 U.S.C. §341.

A.    Collection of Estate Property:   Trustee contacted vendors for whom Debtor served as a sales agent to reconcile the amounts due and obtain a turnover of any balance after credits, cancellations or adjustments. Trustee inspected the Debtor's business premises and worked with the Debtor's landlord and vendors in an attempt to insure that consignment property located at the premises, which was not property of the Estate, was returned where feasible to the vendors. Trustee ultimately surrendered the business premises to landlord after making attempts to return as much of the consigned goods and samples as possible. Trustee sought and procured turnover of the cash on deposit in the Debtor's bank accounts, which was not scheduled by the Debtor. Trustee pursued, and directed his attorneys to further pursue, collection of the Debtor's outstanding accounts receivable. As a result of all these efforts, Trustee recovered in excess of $52,000.00 for the benefit of the Estate's creditors.

B.    Fraudulent Conveyance Matters:   Trustee directed his attorneys to initiate an adversary proceeding against the Debtor's former shareholders for recovery of certain fraudulent conveyances. The adversary proceeding, captioned Joseph A. Baldi, Trustee v. George and Sharon McNeill, Case No. 07 A 972 ("Adversary"), sought the avoidance and recovery of $90,150.39 in transfers ("Transfers"). Trustee, through his attorneys, prosecuted the Adversary. Trustee analyzed documents produced by the defendants in defense of the Transfers. Trustee determined that some of the Transfers were legitimate business expenses and lowered his demand. Ultimately, the Trustee negotiated as settlement such that the Estate recovered $10,000.00 for the benefit of the Estate's creditors.

**Exhibit A**

C.    <u>Investment of Estate Funds</u>:    Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D.    <u>Maintenance of Case Management System</u>:    Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E    <u>Reporting</u>:    Trustee compiled information and prepared all reports required to be filed with the office of the United States Trustee, including his semi-annual reports; and

F.    <u>Tax Matters</u>:    Trustee retained an accountant and directed the accountant to prepare Estate tax returns.  Trustee oversaw the preparation and filing of Estate tax returns.

G.    <u>General Administration</u>:    Trustee otherwise administered this Estate and directed the liquidation and preservation of assets of the Estate for the benefit of the creditors.

**Exhibit A**

Chad McNeill & Associates, Inc.
Case No. 05-48999

**Form I**

**Individual Estate Property Record and Report**

**Exhibit B**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:     1

| Case No: | 05-48999    SPS   Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | Date Filed (f) or Converted (c) | 10/11/05 (f) |
| | | 341(a) Meeting Date: | 12/14/05 |
| For Period Ending: 02/18/09 | | Claims Bar Date: | 03/20/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable | 90,940.00 | 48,840.14 | | 48,840.14 | FA |
| Commissions due on sales of merchandise, payable on shipment of goods. Substantially all accounts collected, remaining accounts too small to pursue. | | | | | |
| 2. Security Deposits | 3,750.00 | 0.00 | | 0.00 | FA |
| Subject to setoff by landlord | | | | | |
| 3. Office Equip, Furnishings,&Supplies | 400.00 | 0.00 | | 0.00 | FA |
| 4. Machinery, Fixtures & Business Equi | Unknown | Unknown | | 0.00 | FA |
| property subject to consignment arrangements with vendors, returned or disposed of by landlord | | | | | |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 767.60 | Unknown |
| 6. Bank Accounts (u) | Unknown | 0.00 | | 3,029.78 | FA |
| Fifth Third Bank account | | | | | |
| 7. UPS Claim Settlement (u) | 0.00 | 395.60 | | 395.60 | FA |
| Claims settlement check from UPS received by TR in debtor's mail | | | | | |
| 8. Preferences and Avoidable transfers (u) | Unknown | Unknown | | 10,000.00 | FA |
| Brought avoidance action against MacNeils, case settled. | | | | | |

|  |  |  |  | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $95,090.00 | $49,235.74 | | $63,033.12 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has disposed of Debtor's showroom samples and collected $47,000 in accounts receivable. Reviewed avoidable transfers, brought case against

owners for return of avoidable transfers, case settled. Tax returns prepared by Trustee's accountant. Trustee reviewed claims

Page 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:      05-48999     SPS   Judge: Susan Pierson Sonderby
Case Name:    MAC MCNEILL & ASSOC., INC.

Trustee Name:                          Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c)        10/11/05 (f)
341(a) Meeting Date                    12/14/05
Claims Bar Date                        03/20/06

Initial Projected Date of Final Report (TFR): 12/31/07

Current Projected Date of Final Report (TFR): 03/31/09

Ver: 14.21

LFORM1

Mac4McNeill & Associates, Inc.
**Case No. 05-48999**

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    1

| Case No: | 05-48999 -SPS |
|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. |

| Taxpayer ID No. | *******0809 |
|---|---|
| For Period Ending: | 02/12/09 |

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Bank Name: | Bank of America, N.A |
| Account Number / CD #: | 3754742174  Interest earning MMA Account |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/21/05 | 1 | CANDYM<br>95 Clegg Road<br>Markham, Ontario L6G 1H9 | ACCOUNTS RECEIVABLE | 1,554.08 | | | | | 1,554.08 |
| 12/21/05 | 1 | WHO INTERNATIONAL DESIGNS, LLC<br>14201 N. Hayde Rd.<br>Ste. B-3<br>Scottsdale, AZ  85260 | ACCOUNTS RECEIVABLE | 61.20 | | | | | 1,615.28 |
| 12/21/05 | 1 | INC CELMOL<br>d/b/a Mark Roberts<br>1611 E. Saint Andrew Pl.<br>Santa Ana, CA  92705-4932 | ACCOUNTS RECEIVABLE<br>Mark Roberts payment on account | 6,278.30 | | | | | 7,893.58 |
| 12/21/05 | 1 | SHADES OF LIGHT<br>210 Winding Way<br>Spartanburg, SC  29306 | ACCOUNTS RECEIVABLE | 247.29 | | | | | 8,140.87 |
| 12/21/05 | 1 | ROSY RINGS<br>699 Denargo Market<br>Denver, CO  80216 | ACCOUNTS RECEIVABLE | 1,771.18 | | | | | 9,912.05 |
| 12/21/05 | 1 | THE IMPORT COLLECTION<br>7885 Nelson Road<br>Panorama City, CA  91402 | ACCOUNTS RECEIVABLE | 4,350.15 | | | | | 14,262.20 |
| 12/21/05 | 1 | THE IMPORT COLLECTION<br>7885 Nelson Road<br>Panorama City, CA  91402 | ACCOUNTS RECEIVABLE | 10,540.87 | | | | | 24,803.07 |
| 12/30/05 | 5 | Bank of America, N.A. | Interest Rate  0.600 | | 1.93 | | | | 24,805.00 |
| 01/12/06 | 1 | DIRECT PACIFIC ADVANTAGE COMPANY<br>1701 Verde Vista Drive<br>Monterey Park, CA  91754 | ACCOUNTS RECEIVABLE | 750.00 | | | | | 25,555.00 |
| 01/31/06 | 5 | Bank of America, N.A. | Interest Rate  0.600 | | 12.79 | | | | 25,567.79 |
| 02/13/06 | | Transfer to Acct #3754930397 | Bank Funds Transfer | | | | | -19.69 | 25,548.10 |
| 02/28/06 | 5 | Bank of America, N.A | Interest Rate  1.000 | | 18.20 | | | | 25,566.30 |
| 03/31/06 | 5 | Bank of America, N.A. | Interest Rate  1.000 | | 21.71 | | | | 25,588.01 |
| 04/17/06 | 1 | INC CELMOL | ACCOUNTS RECEIVABLE | 2,447.01 | | | | | 28,035.02 |

LFORM2XT

Ver: 14.21

FORM 2                                                                                                                    Page:    2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          05-48999 -SPS                                          Trustee Name:        Joseph A. Baldi, Trustee
Case Name:        MAC MCNEILL & ASSOC., INC.                             Bank Name:           Bank of America, N.A
                                                                         Account Number / CD #:   3754742174  Interest earning MMA Account
Taxpayer ID No:   ******0809
For Period Ending:  02/12/09                                             Blanket Bond (per case limit):  $  5,000,000.00
                                                                         Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
|  |  | d/b/a Mark Roberts | | | | | | | |
|  |  | 1611 E. Saint Andrew Pl. | | | | | | | |
|  |  | Santa Ana, CA  92705-4932 | | | | | | | |
| 04/28/06 | 5 | Bank of America, N.A. | Interest Rate  1.000 | | 21.68 | | | | 28,056.70 |
| 05/16/06 | 1 | INC CELMOL | ACCOUNTS RECEIVABLE | 594.78 | | | | | 28,651.48 |
|  |  | d/b/a Mark Roberts | | | | | | | |
|  |  | 1611 E. Saint Andrew Pl. | | | | | | | |
|  |  | Santa Ana, CA  92705-4932 | | | | | | | |
| 05/16/06 | 1 | INC CELMOL | ACCOUNTS RECEIVABLE | 1,579.25 | | | | | 30,230.73 |
|  |  | d/b/a Mark Roberts | | | | | | | |
|  |  | 1611 E. Saint Andrew Pl. | | | | | | | |
|  |  | Santa Ana, CA  92705-4932 | | | | | | | |
| 05/31/06 | 5 | Bank of America, N.A. | Interest Rate  1.000 | | 24.43 | | | | 30,255.16 |
| 06/19/06 | 6 | FIFTH THIRD BANK | DEBTOR'S BANK ACCOUNT | 3,029.78 | | | | | 33,284.94 |
| 06/30/06 | 5 | Bank of America, N.A. | Interest Rate  1.000 | | 25.52 | | | | 33,310.46 |
| 07/31/06 | 5 | Bank of America, N.A. | Interest Rate  1.000 | | 28.29 | | | | 33,338.75 |
| 08/21/06 | 1 | INC CELMOL | ACCOUNTS RECEIVABLE | 1,345.86 | | | | | 34,684.61 |
|  |  | d/b/a Mark Roberts | | | | | | | |
|  |  | 1611 E. Saint Andrew Pl. | | | | | | | |
|  |  | Santa Ana, CA  92705-4932 | | | | | | | |
| 08/30/06 | 1 | THE IMPORT COLLECTION | ACCOUNTS RECEIVABLE | 3,000.00 | | | | | 37,684.61 |
|  |  | 7885 Nelson Road | | | | | | | |
|  |  | Panorama City, CA  91402 | | | | | | | |
| 08/30/06 | 1 | JEREMIE | ACCOUNTS RECEIVABLE | 1,977.75 | | | | | 39,662.36 |
|  |  | 1356 Chattahoochee Avenue, NW | | | | | | | |
|  |  | Atlanta, GA  30318 | | | | | | | |
| 08/31/06 | 5 | Bank of America, N.A. | Interest Rate  1.000 | | 28.61 | | | | 39,690.97 |
| 09/11/06 | 7 | UPS/UPS Capital Insurance Company | | 395.60 | | | | | 40,086.57 |
|  |  | PO Box 1265 | | | | | | | |
|  |  | Newport News,  VA  23601-1265 | | | | | | | |
| 09/11/06 | 1 | REDWICK, LTD. | ACCOUNTS RECEIVABLE | 10,640.10 | | | | | 50,726.67 |
|  |  | O/A VILLAGE CANDLE CO./LLOYD FARMS | | | | | | | |
|  |  | 782 N. Industrial Park Ave. | | | | | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case No: | 05-48999 -SPS | | | | | Trustee Name: | | Joseph A. Baldi, Trustee | |
| Case Name: | MAC MCNEILL & ASSOC., INC. | | | | | Bank Name: | | Bank of America, N.A. | |
| | | | | | | Account Number / CD #: | | 3754742174  Interest earning MMA Account | |
| Taxpayer ID No: | *******0809 | | | | | | | | |
| For Period Ending: | 02/12/09 | | | | | Blanket Bond (per case limit): | | $ 5,000,000.00 | |
| | | | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | Nogales, AZ 85621 | | | | | | | |
| 09/16/06 | | Transfer to Acct #3754930397 | Bank Funds Transfer Transfer to pay allowed interim compensation to trustee per order of 9/13/06 | | | | | -4,220.43 | 46,506.24 |
| 09/19/06 | | Transfer to Acct #3754930397 | TRANSFER FUNDS TO CHECK TRansfer funds to pay Attys fees per ct. order dated 9-14-06 | | | | | -6,854.50 | 39,651.74 |
| 09/29/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 33.93 | | | | 39,685.67 |
| 10/31/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 33.71 | | | | 39,719.38 |
| 11/30/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 32.65 | | | | 39,752.03 |
| 12/29/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 33.75 | | | | 39,785.78 |
| 01/31/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 33.80 | | | | 39,819.58 |
| 02/20/07 | | Transfer to Acct #3754930397 | Bank Funds Transfer | | | | | -33.30 | 39,786.28 |
| 02/28/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 30.54 | | | | 39,816.82 |
| 03/30/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 33.82 | | | | 39,850.64 |
| 04/09/07 | 1 | ENCHANTED MEADOW PRODUCTS INC. 1480 Cliveden Avenue Delta, BC  V3M 6L9  Canada | ACCOUNTS RECEIVABLE | 484.43 | | | | | 40,335.07 |
| 04/09/07 | 1 | ENCHANTED MEADOW PRODUCTS INC. 1480 Cliveden Avenue Delta, BC  V3M 6L9  Canada | ACCOUNTS RECEIVABLE | 1,217.89 | | | | | 41,552.96 |
| 04/30/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 33.52 | | | | 41,586.48 |
| 05/31/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 35.32 | | | | 41,621.80 |
| 06/29/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 34.21 | | | | 41,656.01 |
| 07/31/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 35.38 | | | | 41,691.39 |
| 08/31/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | | 35.41 | | | | 41,726.80 |
| 09/28/07 | 5 | Bank of America, N.A. | Interest Rate 0.750 | | 26.57 | | | | 41,753.37 |
| 10/31/07 | 5 | Bank of America, N.A. | Interest Rate 0.750 | | 26.60 | | | | 41,779.97 |
| 11/30/07 | 5 | Bank of America, N.A. | Interest Rate 0.650 | | 22.32 | | | | 41,802.29 |
| 12/31/07 | 5 | Bank of America, N.A. | Interest Rate 0.500 | | 19.98 | | | | 41,822.27 |
| 01/31/08 | 5 | Bank of America, N.A. | Interest Rate 0.400 | | 16.57 | | | | 41,838.84 |

LFORM2XT

Ver 14.21

## FORM 2

Page    4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-48999 -SPS |
| Case Name: | MAC MCNEILL & ASSOC., INC. |
| Taxpayer ID No.: | *******0809 |
| For Period Ending: | 02/12/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name | Bank of America, N.A. |
| Account Number / CD #: | 3754742174  Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 02/19/08 | | Transfer to Acct #3754930397 | Bank Funds Transfer | | | | | -39.54 | 41,799.30 |
| 02/29/08 | 5 | Bank of America, N.A. | Interest Rate  0.300 | | 9.94 | | | | 41,809.24 |
| 03/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.250 | | 9.88 | | | | 41,819.12 |
| 04/30/08 | 5 | Bank of America, N.A | Interest Rate  0.250 | | 8.57 | | | | 41,827.69 |
| 05/30/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | | 5.31 | | | | 41,833.00 |
| 06/30/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | | 5.14 | | | | 41,838.14 |
| 07/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | | 5.32 | | | | 41,843.46 |
| 08/29/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | | 5.31 | | | | 41,848.77 |
| 09/30/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | | 5.15 | | | | 41,853.92 |
| 10/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.100 | | 4.06 | | | | 41,857.98 |
| 11/06/08 | 8 | Sharon McNeill 0N682 Chelsea Drive Winfield  IL  60190 | Settlement Proceeds: Adversary | 10,000.00 | | | | | 51,857.98 |
| 11/28/08 | 5 | Bank of America, N.A. | Interest Rate  0.100 | | 4.00 | | | | 51,861.98 |
| 12/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.020 | | 2.81 | | | | 51,864.79 |
| 01/30/09 | 5 | Bank of America, N.A. | Interest Rate  0.020 | | 0.87 | | | | 51,865.66 |

| Account  3754742174 | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | 0 | Checks | 0.00 |
| 20 | Deposits | 62,265.52 | | 0 | Adjustments Out | 0.00 |
| 38 | Interest Postings | 767.60 | | 5 | Transfers Out | 11,167.46 |
| | Subtotal | $    63,033.12 | | | Total | $    11,167.46 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $    63,033.12 | | | | |

LFORM2XT

Ver  14.21

**FORM 2**

Page    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          05-48999 -SPS

Case Name:     MAC MCNEILL & ASSOC., INC

Taxpayer ID No:    *******0809

For Period Ending:    02/12/09

Trustee Name:      Joseph A. Baldi, Trustee

Bank Name:        Bank of America, N A

Account Number / CD #:    3754930397 Non-Interest earning DDA Account

Blanket Bond (per case limit):  $  5,000,000 00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 02/13/06 | | Transfer from Acct #3754742174 | Bank Funds Transfer | | | | | 19.69 | 19.69 |
| 02/13/06 | 001001 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Bond Premium Payment Annual premium payment for Bond # 016026455 | | | 19.69 | | | 0.00 |
| 04/06/06 | 001001 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL. | | | -19.69 | | | 19.69 |
| 04/11/06 | 001002 | International Sureties 203 Carondelet St. New Orleans, LA 70130 | Bond Premium Payment 2006 Annual premium payment Replaces Check # 1001 | | | 19.69 | | | 0.00 |
| 09/16/06 | | Transfer from Acct #3754742174 | Bank Funds Transfer Transfer to pay allowed interim compensation to trustee per order of 9/13/06 | | | | | 4,220.43 | 4,220.43 |
| 09/16/06 | 001003 | JOSEPH A. BALDI , as Trustee Joseph A. Baldi & Associates 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | TRUSTEE FEE compensation allowed pursuant to 1st Interim Application for Trustee's Compensation per order of 9/13/06 | | | 4,220.43 | | | 0.00 |
| 09/19/06 | | Transfer from Acct #3754742174 | TRANSFER FUNDS TO CHECK TRansfer funds to pay Attys fees per ct. order dated 9-11-06 | | | | | 6,854.50 | 6,854.50 |
| 09/19/06 | 001004 | JOSEPH A. BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL  60603 | Trustee's Attorneys Fees Interim comp allowed per order dtd 9-14-06 | | | 6,854.50 | | | 0.00 |
| 02/20/07 | | Transfer from Acct #3754742174 | Bank Funds Transfer | | | | | 33.30 | 33.30 |
| 02/20/07 | 001005 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA  70130 | Bank Funds Transfer | | | 33.30 | | | 0.00 |
| 02/19/08 | | Transfer from Acct #3754742174 | Bank Funds Transfer | | | | | 39.54 | 39.54 |
| 02/19/08 | 001006 | International Sureties | Bond Premium Payment | | | 39.54 | | | 0.00 |

LFORM2XT

Ver  14 21

FORM 2                                                                    Page   6

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        05-48999 -SPS
Case Name:      MAC MCNEILL & ASSOC., INC.

Taxpayer ID No.    *******0809
For Period Ending:  02/12/09

Trustee Name:      Joseph A. Baldi, Trustee
Bank Name:         Bank of America, N.A.
Account Number / CD #:   3754930397 Non-Interest earning DDA Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account CD Balance ($) |
| | | 701 Pydras Street #420 New Orleans, LA 70139 | 2008 Annual premium payment | | | | | | |

| Account 3754930397 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 7 Checks | 11,167.46 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $    0.00 | | |
| | | | Total | $   11,167.46 |
| 0 | Adjustments In | 0.00 | | |
| 5 | Transfers In | 11,167.46 | | |
| | Total | $   11,167.46 | | |

| Report Totals | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 20 | Deposits | 62,265.52 | 7 Checks | 11,167.46 |
| 38 | Interest Postings | 767.60 | 0 Adjustments Out | 0.00 |
| | | | 5 Transfers Out | 11,167.46 |
| | Subtotal | $   63,033.12 | | |
| | | | Total | $   22,334.92 |
| 0 | Adjustments In | 0.00 | | |
| 5 | Transfers In | 11,167.46 | | |
| | Total | $   74,200.58 | Net Total Balance | $   51,865.66 |

Mac McNeill & Associates, Inc.
**Case No. 05-48999**

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MAC MCNEILL & ASSOC., INC. | ) | Case No. 05-48999-SPS |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

## PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $18,126.23 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $33,739.43 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $51,865.66 |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $29,201.16 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $6,401.66 | $2,181.23 |
| | Popowcer Katten, Ltd *Accountant for Trustee Fees* | $2,494.00 | $2,494.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $20,055.50 | $13,201.00 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses* | $250.00 | $250.00 |
| | **CLASS TOTALS** | **$29,201.16** | **$18,126.23** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00% |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 40,000.00 | 83.70% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Lynn Gordon *Wages-- 507* | $10,000.00 | $8,434.86 |
| 000002B | Jim Dedricks *Wages-- 507* | $10,000.00 | $8,434.86 |
| 000004B | Diane Grassel *Wages-- 507* | $10,000.00 | $8,434.86 |
| 00007A | Joe & Mary O'Toole *Wages-- 507* | $10,000.00 | $8,434.86 |
| | **CLASS TOTALS** | **$40,000.00** | **$33,739.44** |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00% |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 310.86 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 8 | IL Department Employment Security *Claims of Governmental Units-- 507* | $310.86 | $0.00 |
| | CLASS TOTALS | $310.86 | $0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 201,595.08 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002A | Jim Dedricks *General Unsecured 726* | $11,777.42 | $0.00 |
| 000003 | Merchandise Mart, LLC *General Unsecured 726* | $39,111.42 | $0.00 |
| 000004A | Diane Grassel *General Unsecured 726* | $8,550.04 | $0.00 |
| 000005 | Judy Loomis *General Unsecured 726* | $135,446.20 | $0.00 |
| 000006 | Hoyt Publishing *General Unsecured 726* | $710.00 | $0.00 |
| 000007B | Joe & Mary O'Toole *General Unsecured 726* | $6,000.00 | $0.00 |
| | CLASS TOTALS | $201,595.08 | $0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00% |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00% |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:_____February 16, 2009_____    _____/s/Joseph A. Baldi, Trustee_____

Form ntcftfc7

# United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division
### 219 S Dearborn
### 7th Floor
### Chicago, IL 60604

In Re:

Mac McNeill & Assoc., Inc.
P.O. 465
Winfield, IL 60190
SSN: EIN: 36−4010809

Case No. :     05−48999

Chapter :      7
Judge :        Susan Pierson Sonderby

Debtor's Attorney:

Kent A Gaertner
Springer, Brown, Covey, Gaertner & Davis
400 S. County Farm Rd., Suite 330
Wheaton, IL 60187

630−510−0000

Trustee:

Joseph A Baldi, trustee
Joseph Baldi & Associates
19 S Lasalle Street Suite 1500
Chicago, IL 60603

312−726−8150

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *October 11, 2005* .

1. *March 20, 2006* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *March 20, 2006* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: December 16, 2005

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

# CERTIFICATE OF SERVICE

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

```
District/off: 0752-1          User: lbarrow          Page 1 of 1          Date Rcvd: Dec 16, 2005
Case: 05-48999               Form ID: ntcftfc7        Total Served: 14
```

The following entities were served by first class mail on Dec 18, 2005.
```
db         +Mac McNeill & Assoc., Inc.,   P.O. 465,   Winfield, IL 60190-0465
aty        +Allen J Guon,   Shaw Gussis Fishman Glantz Wolfson & Tow,   321 N. Clark St.,   Suite 800,
            Chicago, Il 60610-4766
aty        +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Rd., Suite 330,
            Wheaton, IL 60187-4547
tr         +Joseph A Baldi, trustee,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
            Chicago, IL 60603-1413
10100857   +Diane Grassel,   330 S. Michigan Ave., Unit 1610,   Chicago, IL 60604-4445
10100858   +Hoyt Publishing,   75 Remittance Dr.,  St. 1650,   Chicago, IL 60675-1650
10100859   +Jim Dedricks,   3682 Meta Lake Dr.,   Eagle River, WI 54521-8986
10100860   +Joe & Mary O'toole,   437 Saddle Ln.,   Grosse Pointe, MI 48236-2728
10100861   +Judy Loomis,   112 Hillsborough,   Hartford, MI 49057-1034
10100862   +Katherine Frank Creative,   1009 Lombard Rd.,   Lombard, IL 60148-1238
10100863   +Lynn Gordon,   801 Essex Ln.,   Michigan City, IN 46360-6953
10100864   +Merchandise Mart Properties,   7186 Collection Center Dr.,   Chicago, IL 60693-0071
10100865   +SBC,   Bill Payment Center,   Chicago, IL 60663-0001
10100866    Sharon McNeill,   O N 682 Chelsea,   Winfield, IL 60190
```

The following entities were served by electronic transmission on Dec 16, 2005 and receipt of the transmission
was confirmed on:
```
tr         +EDI: QJABALDI.COM Dec 16 2005 18:50:00     Joseph A Baldi, trustee,   Joseph Baldi & Associates,
            19 S Lasalle Street Suite 1500,   Chicago, IL 60603-1413
                                                                        TOTAL: 1
```

```
***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Diane R. Grassel
cr          Jim Dedricks
                                                                        TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2005                    Signature:   _Joseph Speetjens_