UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| MAC MCNEILL & ASSOC., INC. ) | | Case No. 05-48999-SPS |
| ) | | |
| Debtor. ) | | Hon. Susan Pierson Sonderby |

### Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois

    On: **April 28, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $63,033.12 |
    | Disbursements | $11,167.46 |
    | Net Cash Available for Distribution | $51,865.66 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $4,220.43 | $2,181.23 | $0.00 |
    | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $6,854.50 | $13,201.00 | $250.00 |
    | POPOWCER KATTEN, LTD<br>*Accountant for Trustee* | $0.00 | $2,494.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>40,310.86</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 83.70%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Lynn Gordon | $10,000.00 | $8,434.86 |
| 000002B | Jim Dedricks | $10,000.00 | $8,434.86 |
| 000004B | Diane Grassel | $10,000.00 | $8,434.86 |
| 000007A | Joe & Mary O'Toole | $10,000.00 | $8,434.86 |
| 000008 | IL Dept Employment Security | $310.86 | $0.00 |

7. Claims of general unsecured creditors totaling $201,595.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000002A | Jim Dedricks | $11,777.42 | $0.00 |
| 000003 | Merchandise Mart, LLC | $39,111.42 | $0.00 |
| 000004A | Diane Grassel | $8,550.04 | $0.00 |
| 000005 | Judy Loomis | $135,446.20 | $0.00 |
| 000006 | Hoyt Publishing | $710.00 | $0.00 |
| 000007B | Joe & Mary O'Toole | $6,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **March 20, 2009**     For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee:    Joseph A. Baldi
Address:    Suite 1500
            19 South Lasalle Street
            Chicago, IL 60603
Phone No.:  (312) 726-8150


# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                  Date Rcvd: Mar 20, 2009
Case: 05-48999                 Form ID: pdf002             Total Served: 14

The following entities were served by first class mail on Mar 22, 2009.
db           +Mac McNeill & Assoc., Inc.,    P.O. 465,    Winfield, IL 60190-0465
10100857     +Diane Grassel,    330 S. Michigan Ave., Unit 1610,    Chicago, IL 60604-4445
10100858     +Hoyt Publishing,    75 Remittance Dr., St. 1650,    Chicago, IL 60675-1650
10941602     +Illinois Dept of Employment Security,    33 South State Street,    Bankruptcy Unit 4th Floor,
               Chicago, IL 60603-2804
10100859     +Jim Dedricks,    3682 Meta Lake Dr.,    Eagle River, WI 54521-8986
12762040     +Joe & Mary Alice O’Toole,    1340 N. Astor - Apt. 1107,    Chicago, IL 60610-8422
10100860     +Joe & Mary O’toole,    1340 N. Astor Apt. 1107,    Chicago, IL 60610-8422
10100861     +Judy Loomis,    Scott R Melton,    Gruel Mills Nims & Pylman LLP,    50 Monroe Avenue, Suite 700W,
               Grand Rapids, MI 49503-2625
10100862     +Katherine Frank Creative,    1009 Lombard Rd.,    Lombard, IL 60148-1238
10100863     +Lynn Gordon,    801 Essex Ln.,    Michigan City, IN 46360-6953
10100864     +Merchandise Mart Properties,    7186 Collection Center Dr.,    Chicago, IL 60693-0071
10622925     +Merchandise Mart, LLC,    c/o Cary G. Schiff & Associates,    134 South LaSalle Street,
               Suite 1135,    Chicago, Illinois 60602-1186
10100865      SBC,    Bill Payment Center,    Chicago, IL 60663
10100866      Sharon McNeill,    O N 682 Chelsea,    Winfield, IL 60190

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12763195      Joe & Mary O’toole
                                                                                                 TOTALS: 1, * 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2009**              **Signature:** *Joseph Speetjens*