# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: § | | Case No. 05-48999 |
| MAC MCNEILL & ASSOC., INC. § | | |
| § | | |
| Debtor(s) § | | |
| § | | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

Case 05-48999    Doc 47    Filed 07/21/09    Entered 07/21/09 08:19:33    Desc Main
                            Document         Page 5 of 19

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GRASSEL | | | | | |
| JIM DEDRICKS | | | | | |
| LYNN GORDON | | | | | |
| O'TOOLE | | | | | |
| ILLINOIS DEPARTMENT EMPLOYMENT SECU | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Katherine Frank Creative | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SBC | | | | | |
| Sharon McNeill | | | | | |
| GRASSEL | | | | | |
| HOYT PUBLISHING | | | | | |
| JIM DEDRICKS | | | | | |
| JOE & MARY O'TOOLE | | | | | |
| JUDY LOOMIS | | | | | |
| MERCHANDISE MART, LLC | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-48999 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | | | Date Filed (f) or Converted (c): | 10/11/05 (f) |
| | | | | 341(a) Meeting Date: | 12/14/05 |
| For Period Ending: | 06/22/09 | | | Claims Bar Date: | 03/20/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable | 90,940.00 | 48,840.14 | | 48,840.14 | FA |
| Commissions due on sales of merchandise, payable on shipment of goods. Substantially all accounts collected, remaining accounts too small to pursue. | | | | | |
| 2. Security Deposits | 3,750.00 | 0.00 | | 0.00 | FA |
| Subject to setoff by landlord | | | | | |
| 3. Office Equip, Furnishings,&Supplies | 400.00 | 0.00 | | 0.00 | FA |
| 4. Machinery, Fixtures & Business Equi | Unknown | Unknown | | 0.00 | FA |
| property subject to consignment arrangements with vendors, returned or disposed of by landlord | | | | | |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 772.27 | Unknown |
| 6. Bank Accounts (u) | Unknown | 0.00 | | 3,029.78 | FA |
| Fifth Third Bank account | | | | | |
| 7. UPS Claim Settlement (u) | 0.00 | 395.60 | | 395.60 | FA |
| Claims settlement check from UPS received by TR in debtor's mail | | | | | |
| 8. Preferences and Avoidable transfers (u) | Unknown | Unknown | | 10,000.00 | FA |
| Brought avoidance action against MacNeils, case settled. | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $95,090.00 | $49,235.74 | | $63,037.79 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has disposed of Debtor's showroon samples and collected $47,000 in accounts receivable. Reviewed avoidable transfers, brought case against owners for return of avoidable transfers, case settled. Tax returns prepared by Trustee's accountant. Trustee reviewed claims

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

Ver: 14.31a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 05-48999   SPS   Judge: Susan Pierson Sonderby | Trustee Name:   Joseph A. Baldi, Trustee |
| Case Name: | MAC MCNEILL & ASSOC., INC. | Date Filed (f) or Converted (c):   10/11/05 (f) |
| | | 341(a) Meeting Date:   12/14/05 |
| | | Claims Bar Date:   03/20/06 |

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 03/31/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-48999 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******2174 Interest earning MMA Account |
| Taxpayer ID No: | *******0809 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/05 | 1 | CANDYM<br>95 Clegg Road<br>Markham, Ontario L6G 1B9 | ACCOUNTS RECEIVABLE | 1121-000 | 1,554.08 | | 1,554.08 |
| 12/21/05 | 1 | WHO INTERNATIONAL DESIGNS, LLC<br>14201 N. Hayde Rd.<br>Ste. B-3<br>Scottsdale, AZ 85260 | ACCOUNTS RECEIVABLE | 1121-000 | 61.20 | | 1,615.28 |
| 12/21/05 | 1 | INC CELMOL<br>d/b/a Mark Roberts<br>1611 E. Saint Andrew Pl.<br>Santa Ana, CA 92705-4932 | ACCOUNTS RECEIVABLE<br>Mark Roberts payment on account | 1121-000 | 6,278.30 | | 7,893.58 |
| 12/21/05 | 1 | SHADES OF LIGHT<br>210 Winding Way<br>Spartanburg, SC 29306 | ACCOUNTS RECEIVABLE | 1121-000 | 247.29 | | 8,140.87 |
| 12/21/05 | 1 | ROSY RINGS<br>699 Denargo Market<br>Denver, CO 80216 | ACCOUNTS RECEIVABLE | 1121-000 | 1,771.18 | | 9,912.05 |
| 12/21/05 | 1 | THE IMPORT COLLECTION<br>7885 Nelson Road<br>Panorama City, CA 91402 | ACCOUNTS RECEIVABLE | 1121-000 | 4,350.15 | | 14,262.20 |
| 12/21/05 | 1 | THE IMPORT COLLECTION<br>7885 Nelson Road<br>Panorama City, CA 91402 | ACCOUNTS RECEIVABLE | 1121-000 | 10,540.87 | | 24,803.07 |
| 12/30/05 | 5 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 1.93 | | 24,805.00 |
| 01/12/06 | 1 | DIRECT PACIFIC ADVANTAGE COMPANY<br>1701 Verde Vista Drive<br>Monterey Park, CA 91754 | ACCOUNTS RECEIVABLE | 1121-000 | 750.00 | | 25,555.00 |
| 01/31/06 | 5 | Bank of America, N.A. | Interest Rate 0.600 | 1270-000 | 12.79 | | 25,567.79 |
| 02/13/06 | | Transfer to Acct #*******0397 | Bank Funds Transfer | 9999-000 | | 19.69 | 25,548.10 |
| 02/28/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 18.20 | | 25,566.30 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-48999 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******2174 Interest earning MMA Account |
| Taxpayer ID No: | *******0809 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.71 | | 25,588.01 |
| 04/17/06 | 1 | INC CELMOL | ACCOUNTS RECEIVABLE | 1121-000 | 2,447.01 | | 28,035.02 |
| | | d/b/a Mark Roberts | | | | | |
| | | 1611 E. Saint Andrew Pl. | | | | | |
| | | Santa Ana, CA 92705-4932 | | | | | |
| 04/28/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 21.68 | | 28,056.70 |
| 05/16/06 | 1 | INC CELMOL | ACCOUNTS RECEIVABLE | 1121-000 | 594.78 | | 28,651.48 |
| | | d/b/a Mark Roberts | | | | | |
| | | 1611 E. Saint Andrew Pl. | | | | | |
| | | Santa Ana, CA 92705-4932 | | | | | |
| 05/16/06 | 1 | INC CELMOL | ACCOUNTS RECEIVABLE | 1121-000 | 1,579.25 | | 30,230.73 |
| | | d/b/a Mark Roberts | | | | | |
| | | 1611 E. Saint Andrew Pl. | | | | | |
| | | Santa Ana, CA 92705-4932 | | | | | |
| 05/31/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 24.43 | | 30,255.16 |
| 06/19/06 | 6 | FIFTH THIRD BANK | DEBTOR'S BANK ACCOUNT | 1290-000 | 3,029.78 | | 33,284.94 |
| 06/30/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 25.52 | | 33,310.46 |
| 07/31/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 28.29 | | 33,338.75 |
| 08/21/06 | 1 | INC CELMOL | ACCOUNTS RECEIVABLE | 1121-000 | 1,345.86 | | 34,684.61 |
| | | d/b/a Mark Roberts | | | | | |
| | | 1611 E. Saint Andrew Pl. | | | | | |
| | | Santa Ana, CA 92705-4932 | | | | | |
| 08/30/06 | 1 | THE IMPORT COLLECTION | ACCOUNTS RECEIVABLE | 1121-000 | 3,000.00 | | 37,684.61 |
| | | 7885 Nelson Road | | | | | |
| | | Panorama City, CA 91402 | | | | | |
| 08/30/06 | 1 | JEREMIE | ACCOUNTS RECEIVABLE | 1121-000 | 1,977.75 | | 39,662.36 |
| | | 1356 Chattahoochee Avenue, NW | | | | | |
| | | Atlanta, GA 30318 | | | | | |
| 08/31/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 28.61 | | 39,690.97 |
| 09/11/06 | 7 | UPS/UPS Capital Insurance Company | | 1290-000 | 395.60 | | 40,086.57 |
| | | PO Box 1265 | | | | | |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) (Page: 10)

Ver: 14.31a

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-48999 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******2174 Interest earning MMA Account |
| Taxpayer ID No: | *******0809 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/06 | 1 | REDWICK, LTD. O/A VILLAGE CANDLE CO./LLOYD FARMS 782 N. Industrial Park Ave. Nogales, AZ 85621 Newport News, VA 23601-1265 | ACCOUNTS RECEIVABLE | 1121-000 | 10,640.10 | | 50,726.67 |
| 09/16/06 | | Transfer to Acct #*******0397 | Bank Funds Transfer Transfer to pay allowed interim compensation to trustee per order of 9/13/06 | 9999-000 | | 4,220.43 | 46,506.24 |
| 09/19/06 | | Transfer to Acct #*******0397 | TRANSFER FUNDS TO CHECK TRansfer funds to pay Attys fees per ct. order dated 9-14-06 | 9999-000 | | 6,854.50 | 39,651.74 |
| 09/29/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.93 | | 39,685.67 |
| 10/31/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.71 | | 39,719.38 |
| 11/30/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 32.65 | | 39,752.03 |
| 12/29/06 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.75 | | 39,785.78 |
| 01/31/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.80 | | 39,819.58 |
| 02/20/07 | | Transfer to Acct #*******0397 | Bank Funds Transfer | 9999-000 | | 33.30 | 39,786.28 |
| 02/28/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 30.54 | | 39,816.82 |
| 03/30/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.82 | | 39,850.64 |
| 04/09/07 | 1 | ENCHANTED MEADOW PRODUCTS INC. 1480 Cliveden Avenue Delta, BC V3M 6L9 Canada | ACCOUNTS RECEIVABLE | 1121-000 | 484.43 | | 40,335.07 |
| 04/09/07 | 1 | ENCHANTED MEADOW PRODUCTS INC. 1480 Cliveden Avenue Delta, BC V3M 6L9 Canada | ACCOUNTS RECEIVABLE | 1121-000 | 1,217.89 | | 41,552.96 |
| 04/30/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 33.52 | | 41,586.48 |
| 05/31/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 35.32 | | 41,621.80 |
| 06/29/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 34.21 | | 41,656.01 |
| 07/31/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 35.38 | | 41,691.39 |
| 08/31/07 | 5 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 35.41 | | 41,726.80 |
| 09/28/07 | 5 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 26.57 | | 41,753.37 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) (Page: 11)

Ver: 14.31a

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-48999 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******2174  Interest earning MMA Account |
| Taxpayer ID No: | *******0809 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/07 | 5 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 26.60 | | 41,779.97 |
| 11/30/07 | 5 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 22.32 | | 41,802.29 |
| 12/31/07 | 5 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 19.98 | | 41,822.27 |
| 01/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.400 | 1270-000 | 16.57 | | 41,838.84 |
| 02/19/08 | | Transfer to Acct #*******0397 | Bank Funds Transfer | 9999-000 | | 39.54 | 41,799.30 |
| 02/29/08 | 5 | Bank of America, N.A. | Interest Rate  0.300 | 1270-000 | 9.94 | | 41,809.24 |
| 03/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 9.88 | | 41,819.12 |
| 04/30/08 | 5 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 8.57 | | 41,827.69 |
| 05/30/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.31 | | 41,833.00 |
| 06/30/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.14 | | 41,838.14 |
| 07/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.32 | | 41,843.46 |
| 08/29/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.31 | | 41,848.77 |
| 09/30/08 | 5 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 5.15 | | 41,853.92 |
| 10/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 4.06 | | 41,857.98 |
| 11/06/08 | 8 | Sharon McNeill<br>0N682 Chelsea Drive<br>Winfield   IL  60190 | Settlement Proceeds: Adversary | 1241-000 | 10,000.00 | | 51,857.98 |
| 11/28/08 | 5 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 4.00 | | 51,861.98 |
| 12/31/08 | 5 | Bank of America, N.A. | Interest Rate  0.020 | 1270-000 | 2.81 | | 51,864.79 |
| 01/30/09 | 5 | Bank of America, N.A. | Interest Rate  0.020 | 1270-000 | 0.87 | | 51,865.66 |
| 02/27/09 | 5 | Bank of America, N.A. | Interest Rate  0.020 | 1270-000 | 0.80 | | 51,866.46 |
| 03/31/09 | 5 | Bank of America, N.A. | Interest Rate  0.020 | 1270-000 | 0.89 | | 51,867.35 |
| 04/30/09 | 5 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.13 | | 51,869.48 |
| 05/13/09 | 5 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.85 | | 51,870.33 |
| 05/13/09 | | Transfer to Acct #*******0397 | Final Posting Transfer<br>Transfer funds for final distribution.  ecb  May 13, 2009, 04:45 pm | 9999-000 | | 51,870.33 | 0.00 |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 05-48999 -SPS |
| Case Name: | MAC MCNEILL & ASSOC., INC. |
| Taxpayer ID No: | *******0809 |
| For Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******2174  Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2174

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 20 | Deposits | 62,265.52 | 0 | Checks | 0.00 |
| 42 | Interest Postings | 772.27 | 0 | Adjustments Out | 0.00 |
| | | | 6 | Transfers Out | 63,037.79 |
| | Subtotal | $ 63,037.79 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 63,037.79 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 63,037.79 | | | |

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-48999 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0397 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******0809 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/06 | | Transfer from Acct #*******2174 | Bank Funds Transfer | 9999-000 | 19.69 | | 19.69 |
| * 02/13/06 | 001001 | International Sureties | Bond Premium Payment | 2300-004 | | 19.69 | 0.00 |
| | | 203 Carondelet St. | Annual premium payment for Bond # 016026455 | | | | |
| | | New Orleans, LA 70130 | | | | | |
| * 04/06/06 | 001001 | International Sureties | Stop Payment Reversal | 2300-004 | | -19.69 | 19.69 |
| | | 203 Carondelet St. | STOP PAY ADD SUCCESSFUL | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 04/11/06 | 001002 | International Sureties | Bond Premium Payment | 2300-000 | | 19.69 | 0.00 |
| | | 203 Carondelet St. | 2006 Annual premium payment | | | | |
| | | New Orleans, LA 70130 | Replaces Check # 1001 | | | | |
| 09/16/06 | | Transfer from Acct #*******2174 | Bank Funds Transfer | 9999-000 | 4,220.43 | | 4,220.43 |
| | | | Transfer to pay allowed interim compensation to trustee per order of 9/13/06 | | | | |
| 09/16/06 | 001003 | JOSEPH A. BALDI , as Trustee | TRUSTEE FEE | 2100-000 | | 4,220.43 | 0.00 |
| | | Joseph A. Baldi & Associates | compensation allowed pursuant to 1st Interim Application for Trustee's Compensation per order of 9/13/06 | | | | |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 09/19/06 | | Transfer from Acct #*******2174 | TRANSFER FUNDS TO CHECK | 9999-000 | 6,854.50 | | 6,854.50 |
| | | | TRansfer funds to pay Attys fees per ct. order dated 9-14-06 | | | | |
| 09/19/06 | 001004 | JOSEPH A. BALDI & ASSOCIATES, P.C. | Trustee's Attorneys Fees | 3110-000 | | 6,854.50 | 0.00 |
| | | 19 South LaSalle Street | Interim comp allowed per order dtd 9-14-06 | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/20/07 | | Transfer from Acct #*******2174 | Bank Funds Transfer | 9999-000 | 33.30 | | 33.30 |
| 02/20/07 | 001005 | International Sureties, Ltd. | | 2300-000 | | 33.30 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans LA 70130 | | | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-48999 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0397 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******0809 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/19/08 | | Transfer from Acct #*******2174 | Bank Funds Transfer | 9999-000 | 39.54 | | 39.54 |
| 02/19/08 | 001006 | International Sureties<br>701 Pydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>2008 Annual premium payment | 2300-000 | | 39.54 | 0.00 |
| 05/13/09 | | Transfer from Acct #*******2174 | Transfer In From MMA Account<br>Transfer funds for final distribution. ecb May 13, 2009, 04:45 pm | 9999-000 | 51,870.33 | | 51,870.33 |
| * 05/14/09 | 001007 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation<br>Inadvertently overlooked amending claim for atty fees to reflect court reduction of same prior to running distirbution. Entire distribution reversed. Will amend claim and rerun distribution. ecb May 14, 2009, 11:49 am | 2100-003 | | 2,181.23 | 49,689.10 |
| * 05/14/09 | 001007 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-003 | | -2,181.23 | 51,870.33 |
| * 05/14/09 | 001008 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Trustee's Attorneys' Fees | 3110-003 | | 13,201.00 | 38,669.33 |
| * 05/14/09 | 001008 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Trustee's Attorneys' Fees<br>Inadvertently overlooked amending claim for atty fees to reflect court reduction of same prior to running distirbution. Entire distribution reversed. Will amend claim and rerun distribution. ecb May 14, 2009, 11:49 am | 3110-003 | | -13,201.00 | 51,870.33 |
| * 05/14/09 | 001009 | JOSEPH A BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, Il 60603 | TR's Atty's Expenses | 3120-003 | | 250.00 | 51,620.33 |

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-48999 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MAC MCNEILL & ASSOC., INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0397 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******0809 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/14/09 | 001009 | JOSEPH A BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, Il 60603 | TR's Atty's Expenses<br>Inadvertently overlooked amending claim for atty fees to reflect court reduction of same prior to running distirbution. Entire distribution reversed. Will amend claim and rerun distribution. ecb May 14, 2009, 11:49 am | 3120-003 | | -250.00 | 51,870.33 |
| * 05/14/09 | 001010 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other | 3410-003 | | 2,494.00 | 49,376.33 |
| * 05/14/09 | 001010 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Accountant for Trustee Fees (Other<br>Inadvertently overlooked amending claim for atty fees to reflect court reduction of same prior to running distirbution. Entire distribution reversed. Will amend claim and rerun distribution. ecb May 14, 2009, 11:49 am | 3410-003 | | -2,494.00 | 51,870.33 |
| * 05/14/09 | 001011 | Lynn Gordon<br>105 Warren Road<br>Michigan City IN 46360 | Claim 000001, Payment 84.36% | 5300-003 | | 8,436.03 | 43,434.30 |
| * 05/14/09 | 001011 | Lynn Gordon<br>105 Warren Road<br>Michigan City IN 46360 | Claim 000001, Payment 84.36%<br>Inadvertently overlooked amending claim for atty fees to reflect court reduction of same prior to running distirbution. Entire distribution reversed. Will amend claim and rerun distribution. ecb May 14, 2009, 11:49 am | 5300-003 | | -8,436.03 | 51,870.33 |
| * 05/14/09 | 001012 | Jim Dedricks<br>4624 N. Haymeadow Avenue<br>Appleton, WI 54913 | Claim 000002A, Payment 84.36% | 5300-003 | | 8,436.03 | 43,434.30 |
| * 05/14/09 | 001012 | Jim Dedricks<br>4624 N. Haymeadow Avenue<br>Appleton, WI 54913 | Claim 000002A, Payment 84.36%<br>Inadvertently overlooked amending claim for atty fees to reflect court reduction of same prior to | 5300-003 | | -8,436.03 | 51,870.33 |

FORM 2

Page: 9

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-48999 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0397 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******0809 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/14/09 | 001013 | Diane Grassel<br>330 S. Michigan Ave. Unit 1610<br>Chicago IL 60604 | running distirbution. Entire distribution reversed. Will amend claim and rerun distribution.  ecb May 14, 2009, 11:49 am<br>Claim 000004B, Payment 84.36%<br>Inadvertently overlooked amending claim for atty fees to reflect court reduction of same prior to running distirbution. Entire distribution reversed. Will amend claim and rerun distribution.  ecb May 14, 2009, 11:49 am | 5300-003 | | 8,436.02 | 43,434.31 |
| * 05/14/09 | 001013 | Diane Grassel<br>330 S. Michigan Ave. Unit 1610<br>Chicago IL 60604 | Claim 000004B, Payment 84.36% | 5300-003 | | -8,436.02 | 51,870.33 |
| * 05/14/09 | 001014 | Joe & Mary O'Toole<br>1340 N. Astor<br>Apartment 1107<br>Chicago  IL 60610 | Claim 00007A, Payment 84.36% | 5300-003 | | 8,436.02 | 43,434.31 |
| * 05/14/09 | 001014 | Joe & Mary O'Toole<br>1340 N. Astor<br>Apartment 1107<br>Chicago  IL 60610 | Claim 00007A, Payment 84.36%<br>Inadvertently overlooked amending claim for atty fees to reflect court reduction of same prior to running distirbution. Entire distribution reversed. Will amend claim and rerun distribution.  ecb May 14, 2009, 11:49 am | 5300-003 | | -8,436.02 | 51,870.33 |
| 05/14/09 | 001015 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | 2100-000 | | 2,181.23 | 49,689.10 |
| 05/14/09 | 001016 | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL  60603 | Trustee's Attorneys' Fees | 3110-000 | | 12,049.27 | 37,639.83 |
| 05/14/09 | 001017 | JOSEPH A BALDI & ASSOCIATES, P.C. | TR's Atty's Expenses | 3120-000 | | 250.00 | 37,389.83 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 17)*

Ver: 14.31a

FORM 2

Page: 10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-48999 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MAC MCNEILL & ASSOC., INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0397 Non-Interest earning DDA Account |
| Taxpayer ID No: | *******0809 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/14/09 | 001018 | 19 South LaSalle Street Suite 1500 Chicago, Il 60603 Popowcer Katten, Ltd | Accountant for Trustee Fees (Other | 3410-000 | | 2,494.00 | 34,895.83 |
| 05/14/09 | 001019 | 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 Lynn Gordon | Claim 000001, Payment 87.24% | 5300-000 | | 8,723.95 | 26,171.88 |
| 05/14/09 | 001020 | 105 Warren Road Michigan City IN 46360 Jim Dedricks | Claim 000002A, Payment 87.24% | 5300-000 | | 8,723.96 | 17,447.92 |
| 05/14/09 | 001021 | 4624 N. Haymeadow Avenue Appleton, WI 54913 Diane Grassel | Claim 000004B, Payment 87.24% | 5300-000 | | 8,723.96 | 8,723.96 |
| 05/14/09 | 001022 | 330 S. Michigan Ave. Unit 1610 Chicago IL 60604 Joe & Mary O'Toole 1340 N. Astor Apartment 1107 Chicago IL 60610 | Claim 00007A, Payment 87.24% | 5300-000 | | 8,723.96 | 0.00 |

FORM 2

Page: 11

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 05-48999 -SPS |
| Case Name: | MAC MCNEILL & ASSOC., INC. |
| Taxpayer ID No: | *******0809 |
| For Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0397  Non-Interest earning DDA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0397
| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $ 0.00 |
| 0 | Adjustments In | 0.00 |
| 6 | Transfers In | 63,037.79 |
| | Total | $ 63,037.79 |

| | | |
|---|---|---|
| 31 | Checks | 63,037.79 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 63,037.79 |

Report Totals
| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 20 | Deposits | 62,265.52 |
| 42 | Interest Postings | 772.27 |
| | Subtotal | $ 63,037.79 |
| 0 | Adjustments In | 0.00 |
| 6 | Transfers In | 63,037.79 |
| | Total | $ 126,075.58 |

| | | |
|---|---|---|
| 31 | Checks | 63,037.79 |
| 0 | Adjustments Out | 0.00 |
| 6 | Transfers Out | 63,037.79 |
| | Total | $ 126,075.58 |
| | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 19)*

Ver: 14.31a